

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2015

No. 04-15-00155-CV

**BEXAR COUNTY HOSPITAL** d/b/a University Health System,
Appellant

v.

Paul Douglas **HARLAN**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-11941
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

The appellant's brief was filed in this accelerated appeal on May 8, 2015; therefore, the appellee's brief was originally due to be filed on May 28, 2015. When the appellee's brief was not filed by the deadline, this court sent appellee an order dated June 4, 2015. Appellee was ordered to file his brief on or before June 15, 2015. The order stated, "If the brief is not filed by this date, the case may be submitted without appellee's brief."

Because no appellee's brief was filed, this court set the appeal at issue and, on June 24, 2015, sent notice that the appeal was set for on briefs submission on July 15, 2015. On June 24, 2015, appellee's attorney filed a motion requesting a thirty-day extension of time to file his brief.

The appellee's motion is GRANTED IN PART. The appellee's brief must be filed in this court no later than July 10, 2015. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED**.

This court's prior notice setting this appeal for on briefs submission on July 15, 2015 is WITHDRAWN.

PER CURIAM

Attested to:_____

Keith E. Hottle
Clerk of Court